# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CR-277-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| RANDOLPH HARRIS AUSTIN, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the handwritten "Motion To Appoint Counsel" (Document No. 48) filed by *pro se* Defendant Randolph Harris Austin on August 9, 2017. Having carefully considered the motion and the record, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion To Appoint Counsel" (Document No. 48) is **GRANTED**. The Federal Defender will assign counsel to Defendant.

**IT IS FURTHER ORDERED** that the previously filed "Motion To Appoint Counsel" (Document No. 45 and Document No. 50 ) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that since Defendant now has appointed counsel, the following motions will be **DENIED WITHOUT PREJUDICE**: "Motion For Jury Note" (Document No. 44); "Motion For Court Order Denying The Defendants Speedy Trial Motion" (Document No. 46); "Ex Parte Motion For Appointment Of Expert Witness" (Document No. 47); and " Motion For Evidentiary Hearing" (Document No. 49). Defendant may re-file these motions, if appropriate, through his appointed.

**SO ORDERED**.

Signed: August 14, 2017

David C. Keesler
United States Magistrate Judge