IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00277-RJC-DCK

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| RANDOLPH HARRIS AUSTIN | ) |
| | ) |

**THIS MATTER** is before the Court on the defendant's Forfeiture Motion, (Doc. No. 83), seeking the return of a cellphone seized during the investigation of his case.

Local Criminal Rule 47.1(d) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the motion within seven (7) days of the entry of this Order.

Signed: June 7, 2018

Robert J. Conrad, Jr.
United States District Judge