IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00277-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RANDOLPH HARRIS AUSTIN | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion for the return of a cellphone seized from him, (Doc. No. 83), and the government's notice of intent to return it, (Doc. No. 90).

The government proposes to turn the cellphone over to appointed counsel, (id. at 2), and neither the defendant nor counsel has objected to that plan.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 83), is **GRANTED**, and the government may convey the cellphone to counsel of record for delivery to the defendant's designee.

Signed: July 11, 2018

_____
Robert J. Conrad, Jr.
United States District Judge